PRINCESS THERESA OWANA KAOHELE-LANI, etc., Appellant, v. BISHOP TRUST COMPANY, Limited, a Hawaiian Corporation, Appellee.

No. 6749.

Circuit Court of Appeals, Ninth Circuit.

June 20, 1932.

M. Lono Heen, of Honolulu, Hawaii, for appellant.

Robertson & Castle, of Honolulu, Hawaii, for appellee.

Before WILBUR, Circuit Judge, and JAMES and NORCROSS, District Judges.

PER CURIAM.

Upon motion of counsel for appellee, ordered appeal herein dismissed for noncompliance by appellant with the provisions of rules 23 and 24 of the Rules of Practice of this court.

Frank B. RICE v. COMMISSIONER OF INTERNAL REVENUE.

No. 4639.

Circuit Court of Appeals, Seventh Circuit.

June 2, 1932.

Herbert Pope, Edwin J. Mosser, and Benjamin M. Price, all of Chicago, Ill., and E. Barrett Prettyman, of Washington, D. C., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and C. M. Charest, of Washington, D. C., and Dwight H. Green, of Chicago, Ill., for respondent.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel and file a stipulation of counsel, which said stipulation is in the words and figures following, to wit:

"It is hereby stipulated and agreed by and between the parties to the above entitled cause by their respective attorneys that the said cause be dismissed.

"Benjamin M. Price,
"Attorney for Petitioner.
"Dwight H. Green,
"Attorney for Respondent."

On consideration whereof it is now here ordered and adjudged by this court that the petition for a review of the decision of the United States Board of Tax Appeals filed therein in this cause on June 29, 1931, be, and the same is hereby, dismissed.

W. L. ROWAN, etc., Appellant, v. Glen E. TINDER, Trustee in Bankruptcy for the Estate of W. L. Rowan, etc., Appellee.

No. 6524.

Circuit Court of Appeals, Ninth Circuit.

June 15, 1932.

A. H. Swallow and G. M. Cuthbertson, both of Los Angeles, Cal., and Robert Richards, of Bishop, Cal., for appellant.

Harvey Guthrie, of Independence, Cal., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal herein dismissed without costs; mandate forthwith.